## MARTIN v. REYNOLDS.

No. 16604—Opinion Filed March 16, 1926.

Error from District Court, Muskogee County; Enloe V. Vernor, Judge.

Action between Henry Martin and G. W. Reynolds. From the judgment, the former brings error. Reversed and remanded.

T. H. Davidson, for plaintiff in error.

Geo. D. Powell, for defendant in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 468, 108 Pac. 957, this cause is reversed and remanded for a new trial for failure of the defendant in error to file a brief as required by rule 7 of this court.